IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOAN MARIE MARTIN,

          Plaintiff,

v.

NANCY A. BERRYHILL,

          Defendant.

CIVIL ACTION
NO. 17- 2446

## ORDER

**AND NOW**, this 18th day of January 2018, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 13), and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.   Plaintiff's request for review is **DENIED**; and

3.   Judgment in this matter is entered in favor of **DEFENDANT**.

4.   The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky, J._____
JOEL H. SLOMSKY, J.